# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO.: 1:25-cv-11422 |
| | ) |
| TWO PARKWAY NORTH HOTEL LLC, | ) Honorable Mary M. Rowland |
| | ) |
| Defendant. | ) |

To: Anthony J. Tomari, Esq
Eustace, Prezioso, Yapchanyk & Yang
550 Madison Avenue 10th Floor
New York, New York 10022
email: atomari@eustacelaw.com

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that TWO PARKWAY NORTH HOTEL LLC ("Defendant") and Plaintiff (collectively, "The Parties") have settled the claims in this case in principle, subject to the execution of a formal settlement agreement. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within twenty-eight (28) days as soon as the formal settlement agreement is executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until December 25, 2025, to file the Stipulation of Voluntary Dismissal.

                                                Howard Cohan

                                                By: /s/ Marshall J. Burt
                                                 His attorney

Marshall J. Burt
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312.854.3833
[marshall@mjburtlaw.com](mailto:marshall@mjburtlaw.com)
IARDC # 6198381

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2025, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to

      Anthony J. Tomari, Esq  
      Eustace, Prezioso, Yapchanyk & Yang  
      550 Madison Avenue 10th Floor  
      New York, New York 10022  
      email: atomari@eustacelaw.com

Via Email on November 26, 2025.

.

                                              /s/ Marshall J. Burt  
                                              Marshall J. Burt