# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Howard Cohan

                        Plaintiff,

v.                                                             Case No.: 1:25–cv–11422
                                                                       Honorable Mary M. Rowland

Two Parkway North Hotel, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The parties' joint motion for an extension of time [21] is denied as moot. The parties have filed a stipulation to dismiss pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). This matter is dismissed with prejudice, each party to bear their own costs, including attorneys' fee granted. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.